UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:04-CV-36-BO

| | |
|---|---|
| Holly Lynn Koerber, Republican Governors Association | ) ) ) ) ) |
| v. | ) **JUDGMENT** |
| Larry Leake, Genevieve S. Sims, Robert B. Cordle, Lorraine G. Shinn, Charles Winfree, Colon Willoughby, Roy nmi Cooper | ) ) ) ) |

**Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion to Lift Stay is GRANTED; Defendant's Motion to Dismiss is GRANTED; Plaintiff's Motion for Partial Summary Judgment is DENIED as MOOT; and this matter is DISMISSED. (BOYLE, J)

**This Judgment Filed and Entered on July 30, 2007, and Copies To:**

Robert Neal Hunter, Jr.
Hunter Higgins Miles Elam & Benjamin, PLLC
101 W. Friendly Ave., Suite 500
Greensboro, NC 27401

Alexander McClure Peters
Christopher Grafflin Browning, Jr.
Susan Kelly Nichols
Tiare Bowe Smiley
N.C. Dept. Of Justice
P.O. Box 629
Raleigh, NC 27602-0629

July 30, 2007         /s/ Dennis P. Iavarone,
                            Clerk of Court